UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Western Division

John Doe
                Plaintiff,

v.                                           Case No.: 3:21−cv−50384
                                                                 Honorable Iain D. Johnston

K. Maybury, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 22, 2022:

        MINUTE entry before the Honorable Margaret J. Schneider: Plaintiff's Motion to Proceed Anonymously [4], is granted in part. While parties proceeding anonymously in federal court is generally disfavored, allowing a litigant to use a fictitious name can be warranted when considering allegations of sexual assault and, under some circumstances, fear of retaliation. See Doe v. Village of Deerfield, 819 F.3d 372 (7th Cir. 2016). At this stage of the litigation, the Court will allow the continued use of Plaintiff's fictitious name on the docket. However, in the event Defendants believe a document or pleading, which would reveal Plaintiff's identity, must be filed, Defendants are directed to first contact Plaintiff's counsel and give Plaintiff the opportunity to further motion the Court for relief. Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.